Herminio Flores **SANCHEZ**; Maria De Las Nieves Mendoza Flores; Emma Flores Mendoza; Diana Flores Mendoza, Petitioners,

v.

Michael B. **MUKASEY**, Attorney General, Respondent.

No. 07–70758.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 26, 2008.*

Filed March 20, 2008.

Herminio Flores Sanchez, Los Angeles, CA, pro se.

Maria De Las Nieves Mendoza Flores, Los Angeles, CA, pro se.

Emma Flores Mendoza, Los Angeles, CA, pro se.

Diana Flores Mendoza, Los Angeles, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office

of the District Counsel, Department of Homeland Security, San Francisco, CA, Kevin Conway, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

MEMORANDUM **

Herminio Flores Sanchez, Maria Mendoza Flores, Emma Flores Mendoza, and Diana Flores Mendoza, natives and citizens of Mexico, petition pro se for review of the Board of Immigration Appeals' denial as untimely of their motion to reopen. Our jurisdiction is governed by 8 U.S.C. § 1252. We deny the petition for review.

The petitioners contend that their motion to reopen, seeking to apply for withholding of removal under the Convention Against Torture, was timely because no statute sets forth a time limit for such motions, and they only recently became aware of alleged government-sponsored torture in Mexico.

The motion to reopen, filed more than 90 days after the Board issued its decision affirming the immigration judge's denial of the petitioners' application for cancellation of removal, was untimely under 8 C.F.R. § 1003.2(c)(2). *Cf. Khourassany v. INS,* 208 F.3d 1096, 1099 & n. 2 (9th Cir.2000) (discussing exception to time limit for CAT applicants ordered removed before March 22, 1999). In addition, the petitioners did not establish an exception to the time limit by presenting evidence that was material

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

and was unavailable and could not have been considered or presented at the previous hearing. *See* 8 C.F.R. § 1003.2(c)(3)(ii).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.